# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  13-cv-02550-RM-MJW          FTR - Courtroom A-502

**Date:**   December 05, 2013                    Courtroom Deputy, Ellen E. Miller

<u>*Parties*</u>                                  <u>*Counsel*</u>

NARELLE A. CRIST,                                Hugh S. Pixler

    Plaintiff(s) / Counter Defendant(s),

v.

DORR TO DOOR PIZZA, LLC,                         - - - - -
d/b/a Double D's Sourdough Pizza,

    Defendant(s) / Counter Plaintiff(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   9:30 a.m.
Court calls case.  Appearances  of counsel. Ted Dorr, Principle/President of Dorr to Door Pizza, LLC is present.

The defendant, Dorr to Door Pizza, LLC, cannot  appear before this court without counsel, in accordance with D.C.COLO.LCivR 83.3 D, and current case law.   Defendant (Corporation) is directed to retain counsel who is admitted to this bar or be subject to default judgment.

**It is ORDERED:**      A  **SHOW CAUSE HEARING** is set  **JANUARY 28, 2014 at 9:00 a.m.**
                    in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse,
                    901 19th Street, Denver, Colorado 80294.
                    A written ORDER TO SHOW CAUSE shall issue.

Mr. Dorr is advised of the availability of the Pilot Program to Implement a Civil Pro Bono Panel and is informed he may file a motion requesting the appointment of counsel.  Pilot Program at ¶III.B(2).  It is noted that the Pilot Program was developed for the purpose of assisting individuals who are parties in a lawsuit, and not necessarily also corporations.  Information may be found at http://www/cod.uscourts.gov   Under tab selection Court Operations, tab selection Rules Procedures, tab selection  Pilot Projects.

It is noted Mr. Dorr, acting as a non-attorney, filed and Answer [Docket No. 7, filed October 11, 2013] and an Amended Answer and Counterclaim [Docket No. 8, filed October 25, 2013] on behalf of the defendant corporation.

**It is ORDERED:**         ANSWER AND COUNTERCLAIM AND JURY DEMAND [Docket No. **7,** Filed October 11, 2013] is **STRICKEN** for reasons as set forth on the record.

**It is ORDERED:**         AMENDED ANSWER AND COUNTERCLAIM AND JURY DEMAND [Docket No. **8**, filed October 25, 2013] is **STRICKEN** for reasons as set forth on the record.

As the Amended Answer and Counterclaims are stricken, Plaintiff makes an oral motion to withdraw the Plaintiff's Motion to Strike and To Dismiss Amended Counterclaims.

**It is ORDERED:**         Plaintiff's ORAL MOTION to withdraw Plaintiff's motion [Docket No. 9] is  GRANTED, and
Plaintiff's   MOTION TO STRIKE AND TO DISMISS AMENDED COUNTERCLAIMS [Docket No. **9,** Filed October 28, 2013] is **WITHDRAWN without  prejudice.**

**It is ORDERED:**         Defendant corporation, through counsel who is admitted to this bar, shall have up to and including **JANUARY 17, 2014** within which to file a written Answer or otherwise respond to Plaintiff's Complaint [DN 1].

**It is ORDERED:**         A **RULE 16(b) SCHEDULING CONFERENCE** is set **JANUARY 28, 2014 at 9:00 a.m.**  in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Parties shall file their join proposed SCHEDULING ORDER **on or before  JANUARY 23, 2014.**

HEARING CONCLUDES.

**Court in recess:**  9:48 a.m.
Total In-Court Time:   00:18

To order a transcript of this proceedings, contact  Avery Woods Reports    (303) 825-6119  or    Toll Free   1-800-962-3345.