IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02550-RM-MJW

NARELLE A. CRIST,

Plaintiff(s),

v.

DORR TO DOOR PIZZA, LLC, d/b/a DOUBLE D'S SOURDOUGH PIZZA,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that defendant's Unopposed Motion to Modify Scheduling Order (Docket No. 20) is granted.  The Scheduling Order (Docket No. 19) is amended such that the deadline to complete depositions is now August 29, 2014.

Date: August 22, 2014